JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HAUSMAN, an individual; and STACY HAUSMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TABLETOPS UNLIMITED, INC., DBA TTU, A CA CORPORATION and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-4833-MWF-(JEMx)<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: March 20, 2020 |

On June 22, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:20-cv-4833-MWF-(JEMx) styled ANTHONY HAUSMAN, et. al. v. TABLETOPS UNLIMITED, INC., DBA TTU et al. is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: June 25, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1
ORDER RE STIPULATION TO REMAND REMOVED ACTION