

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 25, 2020

Los Angeles Superior Court
111 North Hill St.
Los Angeles, CA 90012

Re: Case Number:         2:20−cv−04833−MWF−JEM
 Previously Superior Court Case No.     208TCV11344
 Case Name:     Anthony Hausman et al v. Tabletops Unlimited, Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     6/25/2020    , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Ingrid Valdes*
 Deputy Clerk
 ingrid_valdes@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____
Date

By: _____
Deputy Clerk

CV−103 (05/18)    LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT (CIVIL)